# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS
# KANSAS CITY DIVISION

| | |
|---|---|
| BILLY R. WHISENANT and ) <br> EILEEN L. WHISENANT, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> HOUSEHOLD LIFE INSURANCE ) <br> COMPANY, ) <br> ) <br> Defendant. | Case No. 05-2080-KHV |

## ORDER OF DISMISSAL WITH PREJUDICE

The Court, having received the parties' Stipulation for Dismissal with Prejudice (Doc. #13) and being duly advised of the premises thereof, hereby dismisses the above-captioned matter with prejudice.

**IT IS SO ORDERED AND ADJUDGED.**

Dated September 29, 2005.

s/ Kathryn H. Vratil
Kathryn H. Vratil
United States District Judge

1732859v1